5 F.3d 1489
 Gould Inc.
v.
CNA, Continental Casualty Co., Transportation Insurance
Company, Hartford Fire Ins. Co., Walbrook Ins. Co. Ltd.
'Winterthur' Swiss Ins. Co., El Paso Ins. Co. Ltd., Mutual
Reinsurance Co. Ltd., Dart Ins. Co. Ltd., Bermuda Fire &
Marine Ins. Co. Ltd., Compagnie Europeenne D'Assurances
Industrielles S.A., Bryanston Ins. Co. Ltd. St. Katherine
Ins. Co. Ltd., Louiville Ins. Co. Ltd., C.N.A. Reinsurance
of London Ltd.
 NO. 93-7012
 United States Court of Appeals,
Third Circuit.
 July 27, 1993
 
 Appeal From: M.D.Pa.,
 Conaboy, J.
 
 
 1
 AFFIRMED.